IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41246
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TITO OVIDIO QUIJADO-ANAYA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:97-CR-36-ALL
- - - - - - - - - -
July 16, 1998
Before KING, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Court-appointed counsel for Tito Ovidio Quijado-Anaya has

filed a brief as required by Anders v. California, 386 U.S. 738

(1967).  Our independent review of the brief, Quijado's

responses, and the record discloses no nonfrivolous issue.

Accordingly, counsel is excused from further responsibilities

herein and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.